1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY A. MILDEBRANT-ANDERSON,

          Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

_____/

**CASE NO. 1:13-cv-00315-SKO**

**ORDER THAT DEFENDANT FILE A
RESPONSIVE BRIEF OR A STATUS
REPORT**

      Plaintiff Tracy A. Mildebrandt-Anderson filed an opening brief on September 26, 2013. (Doc. 11.)  Pursuant to the scheduling order, Defendant was required to file a responsive brief within 30 days from service of Plaintiff's opening brief.  With additional time for service pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant's brief was due no later than October 31, 2013.  As of the date of this order, Defendant has not filed a responsive brief.

      The Court notes that the Federal government was shutdown for a period of time during October, and Defendant requested a stay of proceedings in multiple cases due to a lack of funding.  In this case, however, no request for a stay of proceedings was requested.

1    Accordingly, IT IS HEREBY ORDERED that by no later than November 15, 2013,

2  Defendant shall **either** file a responsive brief **or** file a status report indicating why no brief was

3  filed and whether additional time beyond November 15, 2013, is necessary to file a responsive

4  brief.

5

6

7  IT IS SO ORDERED.

8    Dated:   **November 12, 2013**                    **/s/ Sheila K. Oberto**

9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2