# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. MILDEBRANT-ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | **CASE NO. 1:13-cv-00315-SKO**<br><br>**ORDER THAT DEFENDANT FILE A RESPONSIVE BRIEF OR A STATUS REPORT** |

　　　　Plaintiff Tracy A. Mildebrandt-Anderson filed an opening brief on September 26, 2013. (Doc. 11.)  Pursuant to the scheduling order, Defendant was required to file a responsive brief within 30 days from service of Plaintiff's opening brief.  With additional time for service pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant's brief was due no later than October 31, 2013. As of the date of this order, Defendant has not filed a responsive brief.

　　　　The Court notes that the Federal government was shutdown for a period of time during October, and Defendant requested a stay of proceedings in multiple cases due to a lack of funding.  In this case, however, no request for a stay of proceedings was requested.

1  Accordingly, IT IS HEREBY ORDERED that by no later than November 15, 2013,
2 Defendant shall **either** file a responsive brief **or** file a status report indicating why no brief was
3 filed and whether additional time beyond November 15, 2013, is necessary to file a responsive
4 brief.

IT IS SO ORDERED.

    Dated:   **November 12, 2013**          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE