# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. MILDEBRANT-ANDERSON, | **CASE NO. 1:13-cv-00315-SKO** |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Docket No. 13) |
| Defendant. | |

On November 12, 2013, the court issued an order finding that Defendant had failed to file a timely responsive brief. (Doc. 12.) Defendant was ordered to file, by no later than November 15, 2013, a responsive brief or a status report indicating why no brief had been filed and whether additional time beyond November 15, 2013, is necessary to file a responsive brief. (Doc. 12.)

On November 12, 2013, Defendant filed a status report indicating that, due to the backlog created by the lapse in appropriation funding to the Department of Justice, Defendant requires a 45-day extension to file a responsive brief. (Doc. 13.) Defendant's counsel states that he had requested that Plaintiff's counsel stipulate to the extension, and Plaintiff's counsel had agreed. (Doc. 13, 2:10-12.) However, Defendant's counsel "inadvertently neglected to file the proposed stipulation for a 45-day extension in this case after consulting with Plaintiff's counsel." (Doc. 13,

2:14-16.) Defendant now requests an "extension in good faith and with no intent to prolong proceedings unduly." (Doc. 13, 3:2-3.)

The Court finds good cause to grant Defendant's request for an extension of time. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a brief in response to Plaintiff's opening brief on or before December 16, 2013;[1] and

2. Plaintiff may file a reply brief no later than December 31, 2013.

IT IS SO ORDERED.

Dated:   **November 13, 2013**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant requested an extension of time to December 14. 2013, but that date falls on a Saturday.

2