1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

TRACY A. MILDEBRANT-ANDERSON,            **CASE NO. 1:13-cv-00315-SKO**

11

          Plaintiff,

12                                                                      **ORDER GRANTING DEFENDANT'S**
   v.                                                            **REQUEST FOR AN EXTENSION OF**
                                                                          **TIME**
13

14   CAROLYN W. COLVIN,                              (Docket No. 13)
   Acting Commissioner of Social Security,

15

16
               Defendant.
17   _____/

18

19       On November 12, 2013, the court issued an order finding that Defendant had failed to file

20   a timely responsive brief.  (Doc. 12.)  Defendant was ordered to file, by no later than November

21   15, 2013, a responsive brief or a status report indicating why no brief had been filed and whether

22   additional time beyond November 15, 2013, is necessary to file a responsive brief.  (Doc. 12.)

23       On November 12, 2013, Defendant filed a status report indicating that, due to the backlog

24   created by the lapse in appropriation funding to the Department of Justice, Defendant requires a

25   45-day extension to file a responsive brief.  (Doc. 13.)  Defendant's counsel states that he had

26   requested that Plaintiff's counsel stipulate to the extension, and Plaintiff's counsel had agreed.

27   (Doc. 13, 2:10-12.)  However, Defendant's counsel "inadvertently neglected to file the proposed

28   stipulation for a 45-day extension in this case after consulting with Plaintiff's counsel."  (Doc. 13,

1  2:14-16.)  Defendant now requests an "extension in good faith and with no intent to prolong

2  proceedings unduly."  (Doc. 13, 3:2-3.)

3          The Court finds good cause to grant Defendant's request for an extension of time.

4  Accordingly, IT IS HEREBY ORDERED that:

5          1.      Defendant shall file a brief in response to Plaintiff's opening brief on or before

6                  December 16, 2013;[1] and

7          2.      Plaintiff may file a reply brief no later than December 31, 2013.

8
   IT IS SO ORDERED.
9

10     Dated:    **November 13, 2013**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   _____
   [1] Defendant requested an extension of time to December 14. 2013, but that date falls on a Saturday.

                                                  2