UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRACY MILDEBRANDT-ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:13-cv-00315-SKO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER THEREON |

　　　　THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

　　　　Upon remand, the ALJ will hold a hearing to re-evaluate the medical source opinions, including opinions of the State agency medical consultant and Plaintiff's treating physician (20 C.F.R. §§ 404.1527 and 416.927); reassess Plaintiff's residual functional capacity and provide rationale for the assessed limitations (20 C.F.R. §§ 404.1545 and 416.945); and obtain vocational expert testimony at Step

five (20 C.F.R. §§ 404.1566 and 416.966).  The ALJ will further develop the record as necessary.

Respectfully submitted,

Date: December 17, 2013          */s/ Manual Serpa*
                                 MANUEL SERPA
                                 Attorney for Plaintiff

Date: December 17, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                                  */s/ Theophous H. Reagans*
                                 THEOPHOUS H. REAGANS
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This case is remanded to the agency pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the parties' stipulation;
2. Judgment shall be entered in favor of Plaintiff; and
3. This case shall be administratively closed.

IT IS SO ORDERED.

Dated:   **December 17, 2013**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE