UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. MILDEBRANDT-ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:13-cv-00315-SKO<br><br>**ORDER AWARDING EAJA FEES** |

Pursuant to the parties' stipulation for award of fees under the Equal Access to Justice Act ("EAJA"),

IT IS HEREBY ORDERED that:

1. Plaintiff is awarded attorney's fees pursuant to the EAJA in the amount of FOUR THOUSAND DOLLARS and 00/100's

- 1

($4,000.00) and costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d); and

2. Payment of EAJA fees in this matter is subject to the terms and conditions of the parties' stipulation filed at document 18.

IT IS SO ORDERED.

Dated:   **March 7, 2014**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE